D. Scott Carruthers, SBN 68745
D. Scott Carruthers, APLC
8448 Katella Avenue/PO Box 228
Stanton, California 90680
Email: dsclawoff@aol.com
Tel:  (714) 761-3976
Fax: (714) 761-1754

Attorney For: Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KLEIN,<br><br>          Plaintiff,<br><br>     Vs.<br><br>LAW OFFICES OF D. SCOTT CARRUTHERS, et al.<br><br>          Defendant(S). | CASE NO. 3:15-cv-00490 CRB<br><br>ORDER TO APPEAR TELEPHONICALLY<br><br>Date:      May 8, 2015<br>Time:     10:00 am<br>Location: 450 Goldengate<br>               San Francisco, CA  94102 |

The Court has reviewed the Request to Appear Telephonically at the Motion for Fees and Costs, filed by D. Scott Carruthers attorney for Law Offices of D. Scott Carruthers and Mountain Lion Acquisitions, Inc.

**IT IS SO ORDERED**

That D. Scott Carruthers may appear telephonically.

DATED: April 27, 2015                    _____
                                                              UNITED STATES DIS[TRICT JUDGE]

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

1

PROPOSED ORDER