IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KLEIN, | No. 3:15-cv-00490-CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LAW OFFICES OF D. SCOTT CARRUTHERS; MOUNTAIN LION ACQUISITIONS, INC., | |
| Defendants. | |

The Plaintiff having accepted Defendants' Rule 68 Offer of Judgment in the amount of $2,200, and this Court having entered an Order awarding Plaintiff attorneys' fees and costs in the amount of $5,362.95, the Court hereby enters judgment for Plaintiff and against Defendants in the total amount of $7,562.95.

**IT IS SO ORDERED.**

Dated: June 22, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE